**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FRANCISCO ALEJANDRO PEREZ PINEDA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, DELANEY HALL DETENTION FACILITY,**<br><br>**Respondents.** | **Civil Action No.: 26-9479 (ES)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

It appearing that:

1. Mr. Francisco Alejandro Perez Pineda ("Petitioner") has submitted a counseled petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] (D.E. No. 1-2 ("Petition" or "Pet.")). According to the Petition, Petitioner is currently detained at Delaney Hall in Newark, New Jersey. (*Id.* at 1).

2. Chief Judge Renee Marie Bumb has entered a Text Order enjoining Respondents from transferring Petitioner from New Jersey pending further order of this Court. (D.E. No. 2).

3. Under Rule 4 of the Rules Governing Section 2254 Cases ("Habeas Rule"), applicable to 28 U.S.C. § 2241 cases through Habeas Rule 1(b), the Court must promptly examine the Petition to determine whether it should be dismissed on the grounds that "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." "If the

[1] In his Petition, Petitioner names the Warden, Delaney Hall Detention Facility ("Delaney Hall") as the only respondent ("Respondent"). (Pet. at 1.)

petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order." Habeas Rule 4.

4. This Court has screened the Petition for dismissal pursuant to Habeas Rule 4 and has determined that dismissal without an expedited answer and production of the record is not warranted.

5. Pursuant to the All Writs Act, *see* 28 U.S.C. § 1651(a) (empowering the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"), the Court orders that Petitioner shall not be transferred from the District of New Jersey pending further order of this Court.

For the foregoing reasons, and for good cause shown,

**IT IS** on this 30th day of July 2026,

**ORDERED** that Petitioner **SHALL NOT BE TRANSFERRED** from the District of New Jersey pending further order of this Court; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of the Petition, (D.E. No. 1), the attachments to the Petition, (D.E. Nos. 1 & 1-2), and this Order upon Respondent by electronic mail and regular U.S. Mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of Court shall forward a copy of the Petition, (D.E. No. 1), the attachment to the Petition, (D.E. Nos. 1 & 1-2), and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, within twenty-one (21) days of the date of entry of this Order, Respondent shall electronically file a full and complete answer to the Petition, (D.E. No. 1), which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record; and it is further

**ORDERED** that Respondent shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that, with the answer, Respondent shall electronically file certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is further

**ORDERED** that Petitioner may file a reply in support of the Petition within fourteen (14) days after the answer is filed; and it is further

**ORDERED** that within three (3) days after any change in Petitioner's custody or immigration status (be it release or otherwise) occurring any time during the pendency of this case, Respondent shall electronically file a written notice of the same with the Clerk of Court.



**Esther Salas, U.S.D.J.**